UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **GEORGE COOPER** | **CASE NO. 3:24-CV-00737** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STRYKER CORP.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 13] having been considered, together with the Plaintiff's Memorandum in Support of Appeal of Magistrate's Order, which this Court construes as an Objection [Doc. No. 14] and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, and DECREED** that Motion to Dismiss for Failure to State a Claim [Doc. No. 6] filed by Defendant Stryker Corporation is hereby **GRANTED** and the case is **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 30th day of December 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**